Stan Bauer - 7/24/06

Raytheon Aircraft Company vs. United States of America

Page 1 to Page 268

CONDENSED TRANSCRIPT AND CONCORDANCE
PREPARED BY:

# AAA COURT REPORTING COMPANY

8001 Conser, Suite 200

Overland Park, KS 66204

Phone: (913) 385-2699

FAX: (913) 385-2693

EXHIBIT 1

Page 21

1       MS. WYE: Object to the form.
2   Q.  (By Mr. Torline) No?
3   A.  I don't know what you mean by investigation.
4   Q.  Have you looked at any documents, has someone
5       contacted you with -- with regard to
6       contamination at Herington Army Air Field?
7   A.  Well, other than just in this case as we're
8       sitting here today, that's -- that's my
9       involvement.
10  Q.  Prior to this case, like, for instance, in the
11      104(e) response or any of the investigation
12      that USACE has done over the years, were you
13      involved in that investigation?
14  A.  Somewhat, just in responding to the FOIA
15      request information, but primarily that was
16      handled by the attorneys and possibly the
17      Kansas City district.
18  Q.  My understanding is that Joe Novak is the one
19      that headed up, at least from the lay side,
20      from the geology or from the district side, the
21      investigation at Herington. Is that your
22      understanding?
23  A.  There's other people down there that worked on
24      it. I'm not sure Joe was the primary person or
25      what his role is. I know he's a geologist and

Page 22

1       I know he attended some depositions of people,
2       but whether he was the primary person, I'm not
3       sure.
4   Q.  Well, who -- what other persons at the district
5       office are you aware of?
6   A.  Well, I believe Ed Coss has worked on this site
7       some.
8   Q.  Anyone else?
9   A.  That's the only two names that stand out to me.
10  Q.  Okay. Mr. Bauer, what I want to do is, we got
11      a number of topics we want to cover today. I'm
12      going to mark as Exhibit 373 a third amended
13      notice to take video deposition, and then
14      Exhibit 374 as the amended notice to take
15      second videotape 30(b)(6) deposition. I'm
16      going to hand these to you.
17          (Bauer Deposition Exhibit Nos. 373 and
18      374 were marked for identification.)
19  Q.  (By Mr. Torline) And I assume that Ms. Wye or
20      Ms. Sorgente has provided you a copy of that
21      before; is that true?
22  A.  Well, there is a difference between the copies
23      that I have and the copies that are laying
24      here, but it's the header, like maybe a fax
25      copy.

Page 23

1   Q.  They sent this to you, at least a copy of
2       this --
3   A.  I've seen them before, yes.
4   Q.  And what I want to do is, we're going to cover
5       a number of these topics and I think we start
6       with No. 13, which is entitled "Similarly
7       Situated Air Fields."
8           MS. WYE: I'm sorry, Steve, are you on
9       the third amended notice there?
10          MR. TORLINE: Yeah, Exhibit 373.
11  Q.  (By Mr. Torline) We're going to discuss 13,
12      14, 15, 16, 17, 18, 19, and then Topic 20 as it
13      relates to similarly situated air fields, 23,
14      24, and 25 as it relates to similarly situated
15      air fields, 26 as it relates to similarly
16      situated air fields, 27 as it relates to
17      similarly situated air fields, 30 as it relates
18      to similarly situated air fields, 31 and 32 as
19      they relate to similarly situated air fields,
20      35, 36, 37 as they relate to similarly situated
21      air fields, 41, 42, 43, 44, 45 as it relates to
22      similarly situated air fields, 46, 47, 48, 49,
23      50, 51, 52 as it relates to similarly situated
24      air fields, 53, 54, 55, 56, 57, 58 as they
25      relate to similarly situated air fields, 59,

Page 24

1       60, 61, 62, and I think that's it.
2           It sounds like a lot, but I think
3       we're going to get through it in pretty short
4       order.
5           Likewise, with the Exhibit 374, which
6       is the amended notice to take the second
7       videotaped deposition, what I will probably do
8       is we'll -- we'll work through this one first
9       and then we'll pick up 374 after that.
10  A.  Okay.
11          MS. WYE: Steve, can I just interrupt
12      you one moment? Did you state that 55 would be
13      one that Stan would be testifying about? I
14      think ...
15          MR. TORLINE: I did say that.
16          MS. WYE: Okay. And that -- Mr. Bauer
17      is actually not prepared on that topic --
18          MR. TORLINE: That's fine.
19          MS. WYE: -- that would be with the
20      same witness who is doing the other document --
21  Q.  (By Mr. Torline) So, Mr. Bauer, we're going to
22      leave out Topic No. 55, which is the
23      classification, declassification of B-29
24      activities.
25          First thing I want to talk about are

Page 25

1  these similarly situated air fields. What is
2  your understanding of what is a similarly
3  situated air field?
4  A. Well, this would be my opinion, we don't have a
5  document that calls it out anything as a
6  similarly situated air field, but in my
7  opinion, if I'm allowed to give an opinion, it
8  would be a site that would be very much similar
9  in activities as far as aircraft, time period
10 of operation, and facilities.
11 Q. Similar aircraft, similar time of operation,
12 similar facilities. Anything else?
13 A. That primarily would be what I would ...
14 Q. Okay. I'm going to show you Exhibit 344, which
15 is the answers that we were given to our second
16 interrogatories, and I want to go to the next
17 page, Interrogatory No. 10. I asked for some
18 definition or some clarification as to what are
19 the similarly situated air fields and the
20 response I got was No. 10. And beginning on
21 RAC77539, there lists out approximately 87
22 defense sites, I guess is what they are.
23    Did you have any involvement in the
24 preparation of these -- of these sites?
25 A. Yes.

Page 26

1  Q. Tell me how you went through and picked these
2  sites.
3  A. These sites were primarily picked because they
4  were operational through World War II time
5  period and that they -- that they actually had
6  an approved HTRW project or -- either PRP,
7  HTRW, or a HTRW project.
8  Q. So these are sites that at least at some point
9  in the past -- I'm showing you 77539, next page
10 is 77540, which lists another 15 or 20 of
11 them -- of the similarly situated air fields
12 and then on 77541, the Herington Army Air Field
13 is shown; right?
14 A. Right.
15 Q. Where did you -- where did you get this
16 information?
17 A. This all came from what is called the FUDSMIS
18 database.
19 Q. And as my understanding, these are all bases
20 that are decommissioned or deactivated at the
21 end of the war; is that right?
22 A. To the best of our knowledge, yes.
23 Q. Are all these bases -- did all these bases
24 process the same aircraft or similar aircraft
25 as Herington?

Page 27

1  A. I don't believe so, no.
2  Q. Did all these bases provide the same type of
3  operations --
4  A. No.
5  Q. -- as Herington Army Air Field?
6  A. No.
7  Q. Did all these bases have similar facilities as
8  Herington Army Air Field?
9  A. I don't believe so.
10 Q. Okay. Next page is 77542 and on it you can see
11 that there's Salinas Army Air Field, Salinas,
12 California. You see that?
13 A. Yes.
14 Q. There was an Army air field in Salina, Kansas,
15 was there not?
16 A. Yes.
17 Q. And it operated and processed B-29s during
18 World War II, did it not?
19 A. I don't understand the processing part. I know
20 there was B-29s, I believe were there, but that
21 may have been a -- like an operational training
22 unit base or a combat crew training station.
23 Q. Well, Salina, Kansas, had B-29 aircraft at the
24 base; right?
25 A. I believe they did.

Page 28

1  Q. During World War II?
2  A. Yes.
3  Q. So they had similar aircraft, the type of
4  operation, are you aware of the operation
5  performed by Salina during the war?
6  A. Again, I think that was a training base as
7  opposed to -- as opposed to like Herington
8  where they processed aircraft to go overseas.
9  Q. So you're drawing a distinction between
10 training and processing?
11 A. Right.
12 Q. Okay. What's the difference?
13 A. Well, the training part was they trained crews,
14 so they flew and, you know, practiced missions
15 and practiced flying, their bombing runs, et
16 cetera, as a team or part of a team so that
17 they would be prepared for combat; where
18 Herington, they processed them out by getting
19 paperwork together for the personnel and
20 processing an aircraft, make sure it was up to
21 technical order standards and ready to fly to
22 the theater.
23 Q. Would you agree with me, sir, that at both
24 Salina and Topeka, there would be aircraft
25 maintenance performed on the B-29s?

Page 29

1  A.  I believe so, yes.
2  Q.  And that included technical order compliance
3      and everything else that went with the flying
4      of a B-29; right?
5  A.  I'm not sure they would have done technical
6      order compliance on some of the other training
7      bases. And the technical order compliance
8      typically was done at modification centers, but
9      it could be done at a base depending on what
10     the nature of the technical order compliance
11     was.
12 Q.  Well, in order to fly, an aircraft had to be
13     within technical order compliance; right?
14         MS. WYE:  I'm going to object to the
15     form.
16 A.  I'm not sure I understand your question or I
17     have a different concept of technical order
18     compliance. There's a technical order issued
19     for an aircraft and it will give you the
20     maintenance instructions, et cetera, for
21     maintaining that aircraft. There's technical
22     orders that are sent out saying, you know,
23     change -- change this part from a Bendix to
24     a -- you know, some other brand carburetor or
25     whatever the piece is, that's a technical order

Page 30

1      that before they went to theater, they may have
2      decided that they wanted to change, you know, a
3      certain part or a -- an assembly on an engine
4      or make a change in the weapon, any number of
5      things that they may have found was, you know,
6      to their advantage, or better equipment, and
7      they would issue a technical order to do that
8      and a lot of times those were sent to the
9      modification centers.
10         But if the plane was in -- en route or
11     ready to be sent or depending on the nature of
12     the work, if the third echelon shop could have
13     handled it, or even a second echelon, they may
14     have done that at that point.
15 Q.  (By Mr. Torline) So they -- the technical
16     order compliance, depending upon its -- its --
17 A.  And that's different than an aircraft technical
18     order that -- for the maintenance.
19 Q.  So you're drawing a distinction between
20     changing a part on a aircraft with complying
21     with the maintenance requirements?
22 A.  Correct.
23 Q.  But the maintenance requirements for a B-29,
24     whether it's at Herington or whether it's at
25     Salina, is the same; true?

Page 31

1  A.  Correct.
2  Q.  If an engine goes out in Salina, they're going
3      to have to replace it just like they would in
4      Herington; true?
5  A.  Right.
6  Q.  And they would have to clean an aircraft just
7      as they would -- in Herington as they would in
8      Salina; true?
9          MS. WYE:  Object to the form.
10 A.  Well, the operational -- you know, the
11     technical order was the same and how they --
12     how they did it from one base to the other
13     probably was very similar.
14 Q.  (By Mr. Torline) Okay. Now, the similar
15     facilities, Salina had a subdepot; true?
16 A.  I don't recall specifically which bases had
17     subdepots and which didn't. I believe most of
18     the B-29 bases had subdepots, but ...
19 Q.  Let's look at Exhibit 366. 366 is an engineer
20     manual that was produced by the Corps in its
21     104(e) responses. Do you remember this
22     document?
23 A.  Yes.
24 Q.  If you turn to 49544, it shows the 346
25     subdepot, Salina, Kansas --

Page 32

1  A.  Right.
2  Q.  -- right?
3  A.  Right.
4          MS. WYE:  I'd just like to note for
5      the record here that what the witness is being
6      shown is simply one page out of the document
7      and very difficult to read with just a portion
8      of that one page being highlighted.
9  Q.  (By Mr. Torline) Mr. -- Mr. Bauer, you have no
10     doubt, do you, that there was a subdepot at
11     Salina during the war; right?
12         MS. WYE:  I'm going to object to the
13     form of the question.
14 A.  Not based on this list, and I have seen this
15     list before.
16 Q.  (By Mr. Torline) So at Salina we've got
17     similar aircraft; true?
18 A.  Yes.
19 Q.  B-29s. We've got similar operations to the
20     extent they were both performing maintenance at
21     both bases; true?
22 A.  Yes.
23 Q.  And we've got similar facilities, both had
24     subdepots; right?
25 A.  There was -- there were different classes of

Page 33

1  subdepots, but they both had subdepots, yes.
2  Q. So would you agree with me that Salina is a
3     similarly situated air field?
4        MS. WYE:   Object to the form.
5  Q. (By Mr. Torline) By your own definition.
6  A. Again, without looking at, you know, the base,
7     I mean, just from the information that you've
8     shown here, I know it had a subdepot, which is
9     similar, but because there's differences in
10    subdepots, I can't say exactly what -- what
11    class subdepot this was.
12 Q. Have you seen the subdepot at Santa Maria Air
13    Force -- Army Air Field in Santa Maria,
14    California?
15 A. I have not seen it, no.
16 Q. Do you know there was -- did one such exist?
17 A. I would have to base it on a document. I don't
18    recall right off the top of my head, you know,
19    which ones had subdepots and which didn't.
20 Q. But you'd agree with me that Salina
21    processed -- or had similar aircraft, right,
22    B-29s?
23 A. Right.
24 Q. They operated at the same time, during World
25    War II; true?

Page 34

1  A. Yes.
2  Q. And they had similar facilities, they both had
3     subdepots; right?
4  A. Yes, they had a subdepot, right.
5  Q. And that was your definition of a similarly
6     situated air field, those three elements;
7     right?
8        MS. WYE:   Object to the form,
9     mischaracterizes previous testimony.
10 A. In -- in general, yes.
11 Q. (By Mr. Torline) I want to go back to the list
12    of similarly situated air fields again,
13    Mr. Bauer. This is Exhibit 344 on page
14    RAC77542, and I believe these things go in
15    alphabetical order. We've got Stuttgart Air
16    Field, do you see that?
17 A. Yes.
18 Q. Then we go to Tracy Auxiliary Field No. 5, do
19    you see that?
20 A. Yes.
21 Q. The Topeka Army Air Field is not listed on this
22    similarly situated air fields, is it?
23 A. That's true.
24 Q. And would you agree with me, sir, that based
25    upon your earlier definition, Topeka had B-29s

Page 35

1  during the war; right?
2        MS. WYE:   Object to the form.
3  A. Yes.
4  Q. (By Mr. Torline) In fact, B -- Topeka was a
5     processing base like Herington was, wasn't it?
6  A. I don't recall. I know Kearney was a --
7     Kearney Air Field in Nebraska was a processing
8     base and there was another one, a third one,
9     I'm not sure, it may have been Topeka.
10 Q. Let me show you Exhibit 368, which is a -- from
11    the history of the Second Army Air Force. This
12    is RAC58163, on the second page.
13       MS. WYE:   Again, I'd just like to
14    object and note for the record that the witness
15    is being shown one page out of a multipage
16    document on a screen. He doesn't have the
17    original in front of him, can't look at the
18    context.
19 Q. (By Mr. Torline) You've seen this document
20    before, haven't you, Mr. Bauer?
21 A. I've seen one similar, anyway.
22 Q. If you look down here, processing program,
23    we've got Herington, Topeka, and Kearney;
24    right?
25 A. Right.

Page 36

1  Q. So as with -- with Herington, Topeka was a
2     processing base of B-29s during World War II;
3     right?
4  A. Yes.
5  Q. It had a similar type of operation as
6     Herington; true?
7        MS. WYE:   Object to the form.
8  A. As far as I can tell from -- from the
9     documents, yes.
10 Q. (By Mr. Torline) They both processed B-29
11    aircraft; right?
12 A. Right.
13 Q. And they both had similar facilities; true?
14       MS. WYE:   Object to the form.
15 A. Again, I don't recall what -- whether Topeka
16    had a subdepot.
17 Q. (By Mr. Torline) Well, let's look back at 366
18    again. Again, 366 is one of the documents
19    produced by the Corps, the engineer manual, and
20    on page RAC49544 --
21       MS. WYE:   Same objection to partial
22    document.
23 Q. (By Mr. Torline) -- we've got -- it's not a
24    very good highlight, but Topeka Army Air Base,
25    Topeka, Kansas; right?

Page 37

1   A. Yes.
2   Q. So Topeka had a subdepot, as well, during the
3      war; right?
4   A. Yes.
5   Q. Just like Herington; true?
6   A. Yes.
7   Q. Would you agree with me that these bases are as
8      similar or more similar -- let me strike that.
9          Would you agree with me that these
10     bases, Herington and Salina, are at least as
11     similar as the similarly situated air fields
12     listed in Response No. 10?
13         MS. WYE:   Object to the form, calls
14     for speculation.
15  A. In my view, they would be closer than many of
16     the bases.
17  Q. (By Mr. Torline)  Would you agree, sir, or do
18     you know whether or not -- well, strike that.
19         Why did you -- why is there a cutoff
20     at the end of the war for the similarly
21     situated air fields?
22  A. Many of the bases, you know, continued
23     operation and -- and as a -- they went into a
24     different era, they would -- the jets became
25     more popular, there were some bases with

Page 38

1      missile maintenance facilities. Their whole
2      operation and missions was somewhat different
3      than -- than during the war, plus there was
4      more -- TCE became more available and wasn't as
5      controlled as during the war. There's a number
6      of reasons that -- that they would be, you
7      know, different.
8   Q. Well, I need to know all your reasons, this is
9      my opportunity to hear those, so tell me what
10     those are.
11  A. Okay.  I'm just -- I was just stating that, you
12     know, their mission was different, the aircraft
13     was different, many jets came in and the
14     maintenance on jets were somewhat different.
15     Several of them had -- they were parent bases
16     and had missile maintenance facilities.
17     Just -- they were expanded and -- and then from
18     the maintenance standpoint, I would say that,
19     you know, the array of chemicals that became
20     available and access more readily became
21     available changed after the war, as well as a
22     lot of, you know, even parts, et cetera, became
23     more available than during the war.
24  Q. Okay.  And what is that based on?
25  A. That's based on just my general reading of, you

Page 39

1      know, documents in this case, as well as past
2      reading that I've done on other cases.
3   Q. Now, is it the United States' position that TCE
4      or trichloroethylene was not used by the Army
5      Air Force during World War II?
6          MS. WYE:   Object to the form.
7   A. I don't believe that's the position, no.
8   Q. (By Mr. Torline)  Would you agree with me that
9      trichloroethylene was used by the Army Air
10     Force within the continental United States
11     during World War II?
12  A. I would agree with that.
13  Q. It's certainly not the United States' position
14     that TCE was only used after the war from
15     post-1945 on; true?
16         MS. WYE:   Object to the form, asked
17     and answered.
18  A. I agree, it wasn't just after the war, no.
19  Q. (By Mr. Torline)  It was used during the war by
20     the Army Air Force?
21  A. Right.
22  Q. Now, the similarly situated air fields, though,
23     the list that we've been provided, only
24     contains those bases that operated up until the
25     end of the war; right?

Page 40

1   A. As far as the data that we were able to base it
2      on, yes, the selection.
3   Q. Okay.  And we've established that despite
4      having similar aircraft, similar operations,
5      and similar facilities, the base at Salina,
6      Kansas, and the base at Topeka, Kansas, were
7      excluded from the similarly situated air
8      fields; right?
9   A. I guess I have to explain the difference
10     between what I said was a similarly situated
11     air field and how I -- how I derived this list,
12     and partly it was due that we had an HTRW
13     project of either just HTRW project or a PRP
14     HTRW project that were authorized on these
15     other bases.  If they were not -- if they did
16     not include a project, then they were not
17     included on the list.
18  Q. Sir, is it your testimony that there's not a
19     PRP project at Salina Army Air Field, what is
20     now Schilling Air Force Base?
21         MS. WYE:   Object to the form,
22     mischaracterizes testimony.
23  A. There again, that was a post-World War II base,
24     so that was the criteria that we screened it
25     out.