```
 1            IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF KANSAS
 2

 3    RAYTHEON AIRCRAFT COMPANY,

 4              Plaintiff,

 5    vs.                        Case No. 05-2328-JWL

 6    UNITED STATES OF AMERICA,

 7              Defendant.

 8

 9
              VIDEOTAPED 30 (b)(6) DEPOSITION OF STAN
10    BAUER, a witness, taken on behalf of the Plaintiff,
      pursuant to Notice, on the 24th day of July, 2006,
11    at the Army Corps of Engineers, 12565 West Center
      Road, Omaha, Nebraska, before
12
                    KATHRYN A. LANNING,
13
      of AAA Court Reporting Company, a Registered
14    Professional Reporter, Certified in Kansas and
      Missouri.
15

16                      APPEARANCES

17         For the Plaintiff:
               MR. STEPHEN J. TORLINE
18             BLACKWELL SANDERS PEPER MARTIN, LLP
               4801 Main Street, Suite 1000
19             Kansas City, Missouri 64112

20         For the Defendant:
               MS. LOIS GODFREY WYE
21             DEPARTMENT OF JUSTICE
               PO Box 23986
22             Washington, DC 20026-3986

23             MS. ANN L. WRIGHT
               CENTER COUNSEL HTRW CX
24             US ARMY CORPS OF ENGINEERS
               12565 West Center Road
25             Omaha, Nebraska 68144
```

**EXHIBIT D**

| | | |
|---|---|---|
| 1 | | MS. WYE: Object to the form. |
| 2 | Q. | (By Mr. Torline) No? |
| 3 | A. | I don't know what you mean by investigation. |
| 4 | Q. | Have you looked at any documents, has someone contacted you with -- with regard to contamination at Herington Army Air Field? |
| 7 | A. | Well, other than just in this case as we're sitting here today, that's -- that's my involvement. |
| 10 | Q. | Prior to this case, like, for instance, in the 104(e) response or any of the investigation that USACE has done over the years, were you involved in that investigation? |
| 14 | A. | Somewhat, just in responding to the FOIA request information, but primarily that was handled by the attorneys and possibly the Kansas City district. |
| 18 | Q. | My understanding is that Joe Novak is the one that headed up, at least from the lay side, from the geology or from the district side, the investigation at Herington. Is that your understanding? |
| 23 | A. | There's other people down there that worked on it. I'm not sure Joe was the primary person or what his role is. I know he's a geologist and |

```
 1        something at depots or air stations; right?
 2        Whatever it's called.
 3   A.   Yeah, whatever that report is called, I
 4        reviewed those. And I guess I should qualify,
 5        when I said I reviewed my documents from my
 6        report, I concentrated mainly on the aircraft,
 7        so I'm not sure I reviewed all the weapons --
 8   Q.   Okay.
 9   A.   -- manuals.
10   Q.   What else did you do in preparation, what other
11        documents did you review?
12   A.   Well, I kind of flipped through some of the
13        documents that were attached to Kansas City's
14        104(e) report.
15   Q.   We've discussed some of those here today;
16        right?
17   A.   Right.
18   Q.   Okay. Did you have any involvement in the
19        preparation of that 104(e) response?
20   A.   Not that I recall unless they asked me for, you
21        know, some of the documentation, which I may
22        have provided them, but otherwise, I didn't
23        prepare it at all.
24   Q.   All right. Any other -- tell me what other
25        documents you remember reviewing.
```