IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

**Raytheon Aircraft Company,**

    **Plaintiff,**

v.                                            **Case No. 05-2328-JWL**

**United States of America,**

    **Defendant.**

## ORDER

On May 30, 2008, the court issued its findings of fact and conclusions of law with respect to the claims in this case. In its memorandum and order, the court ordered that judgment be entered in favor of the United States on Raytheon's claims for cost recovery and contribution and ordered that judgment be entered in favor of the United States on the United States' claim against Raytheon for cost recovery.

With respect to the amount of the judgment on the United States' claim against Raytheon for cost recovery, the court directed the United States to resubmit its calculation of the amount of costs incurred with interest calculated on that amount consistent with the court's memorandum and order. The United States has timely filed its submission and Raytheon has not objected to the United States' calculation.

The United States' submission (with supporting exhibits) reflects that the total costs incurred by the United States, as recalculated consistent with the court's memorandum and order, are $3,195,632.98–a figure that includes prejudgment interest through May 30, 2008. In the absence of any objection by Raytheon, and finding that the amount is supported by the evidence,

the court will order that judgment be entered in this amount.

**IT IS THEREFORE ORDERED BY THE COURT THAT** judgment be entered in favor of the United States on its claim against Raytheon for cost recovery in the amount of $3,195,632.98.

**IT IS SO ORDERED** this 26th day of June, 2008.

                                            s/ John W. Lungstrum
                                            John W. Lungstrum
                                            United States District Judge